NO: 12-15555

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,

Plaintiff-Appellee,

vs.

ACER AMERICA CORPORATION, a California corporation,
Defendant-Appellee.

_____

CHRISTOPHER BANDAS,

Objector-Appellant

_____

From the United States District Court
for the Northern District of California
No. 5:09-cv-01808-JW

_____

Motion of Christopher Bandas for An Additional Extension of Time to File Opening Brief; Request for Permission to File Late Request; Memorandum of Points and Authorities; Declaration of Joseph Darrell Palmer

_____

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste A
Solana Beach, CA 92075
(858) 792-5600 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellant Christopher Bandas

## Memorandum of Points and Authorities

For good cause shown, the Court may grant an extension of time to file an Opening Brief. (Fed. R. App. P. 26(b), Circuit R. 31-2.2).

Petitioner Christopher Bandas requests an additional thirty-day extension to file his opening brief and also requests permission to file a late request. This extension is requested in the interest of judicial economy because Appellant Bandas' motion to stay the District Court's bond order is not fully briefed and this Court has not yet ruled on the stay request.

All parties on the Appellate Court's Service List have been informed of this request. Plaintiff/Appellees have indicated that they will oppose this motion. The opening brief is due on Friday, September 7, 2012. If the extension is granted the opening brief will be due on October 8, 2012.

As demonstrated by the attached declaration of Joseph Darrell Palmer, good cause exists for granting the extension.

Dated: September 4, 2012                Law Offices of Darrell Palmer PC

/s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer
Attorney for Appellant
Christopher Bandas

1

## DECLARATION BY JOSEPH DARRELL PALMER

I, Joseph Darrell Palmer, declare that:

1. I am an attorney licensed to practice before all the Courts of the State of California, the United States District Court for the Northern District, and the U.S. Court of Appeals for the Ninth Circuit. I have personal knowledge of the facts as set forth herein and if called upon to testify, could competently do so.

2. This Declaration is made in support of the movant's request for an order extending the time to file his opening brief to October 8, 2012, and permission to file a late request.

3. I informed all attorneys in the case, as per the Appellate Court's Service List, about my intent to request the extension. PlaintiffsAppellees have indicated they will oppose this motion.

4. This extension request is necessitated because (1) Appellant Bandas' motion to stay the District Court's bond order is not fully briefed and is still pending before this Court and (2) press of other business.

5. The court reporter is not in default with regard to any designated transcripts.

/ / /

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing it true and correct. Executed this 4th day of September 2012, at Solana Beach, California.

                                         _/s/ Joseph Darrell Palmer_____
                                         Joseph Darrell Palmer

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 4, 2012.

I certify that all parties in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system, to wit:

| Contact Info | Party Represented | Service Preference | ECF Filing Status |
| --- | --- | --- | --- |
| Adam Joseph Bedel<br>Stan Karas<br>Jeffery McFarland<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Email: ajbedel@quinnemanuel.com<br>Email: stankaras@quinnemanuel.com<br>Email: jeffmcfarland@quinnemanuel.com | Defendant | Email | Active |
| Adam Joshua Gutride<br>Todd Kennedy<br>Seth Adam Safier<br>Gutride Safier LLP<br>835 Douglass Street<br>San Francisco, CA 94114<br>Email: adam@gutridesafier.com<br>Email: todd@gutridesafier.com<br>Email: seth@gutridesafier.com | Plaintiff | Email | Active |
| Joseph Darrell Palmer<br>Law Offices of Darrell Palmer<br>603 N. Highway 101, Suite A<br>Solana Beach, CA 92075<br>Email: darrell.palmer@palmerlegalteam.com | Christopher Bandas | Email | Active |

                                                  _/s/ Joseph Darrell Palmer_____
                                                  Joseph Darrell Palmer