NO: 12-15555

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

_____

KEVIN EMBRY, individually and on behalf of himself, the general public and those similarly situated,

Plaintiff-Appellee,

vs.

ACER AMERICA CORPORATION, a California corporation, Defendant-Appellee.

_____

CHRISTOPHER BANDAS,

Objector-Appellant

_____

From the United States District Court
for the Northern District of California
No. 5:09-cv-01808-JW

_____

Motion to Voluntarily Dismiss Appeal

_____

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste A
Solana Beach, CA 92075
(858) 792-5600 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellant Christopher Bandas

TO: The Honorable Appellate Judge:

Comes now Appellant Christopher Bandas and asks the Court, pursuant to Federal Rule of Appellate Procedure 42(b), to dismiss the appeal of Christopher Bandas and would show the Court the following:

I.

The Appellant no longer desires to pursue this appeal.

II.

For the reason stated above, Appellant asks the Court to grant this Motion to Dismiss the Appeal in this matter, pursuant to Federal Rule of Appellate Procedure 42(b). Costs on appeal should be taxed against the party incurring the same.

Dated: September 28, 2012      **LAW OFFICES OF DARRELL PALMER PC**

By: /s/ Joseph Darrell Palmer
JOSEPH DARRELL PALMER

Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
LAW OFFICES OF DARRELL PALMER PC
603 North Highway 101, Suite A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorneys for Appellant Christopher Bandas

1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 28, 2012.

I certify that all parties in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

    /s/ Joseph Darrell Palmer_____
Joseph Darrell Palmer